Pittman-Sipple Tile & Stone Company, a Corporation, Plaintiff in Error, v. A. A. Fiezl, &c., Defendant in Error.

*Fred S. Scott,* for Plaintiff in Error.

*Pleus & Williams,* for Defendant in Error.

Owen Burns, et al., Appellants, v. Gimbel Brothers, Appellees.

*John F. Burket,* for Appellants.

*Benson, McGary & Sullivan* and *Sawyer, Surrency & Keen,* for Appellee.

Edward Spigel, et al., Appellants, v. Continental Mortgage Company of Baltimore, Appellee.

*Randolph Calhoun,* for Appellants;

*Evans & Glen,* for Appellee.